STATE of Missouri, Respondent,

v.

**Curtis L. DONAHUE, Appellant.**

**No. WD 68348.**

Missouri Court of Appeals, Western District.

Nov. 10, 2009.

Susan E. Summers, for Appellant.

Shaun J. Mackelprang, for Respondent.

Before Division Two: VICTOR C. HOWARD, Presiding Judge, JOSEPH M. ELLIS, Judge and MARK D. PFEIFFER, Judge.

### ORDER

PER CURIAM:

Curtis Donahue appeals from his convictions in the Circuit Court of Jackson Coun-

---

ty on three counts of statutory sodomy in the first degree. After a thorough review of the record, we conclude that sufficient evidence exists to support Donahue's convictions and an extended opinion would have no precedential value. A memorandum explaining our reasoning has been provided to the parties.

Judgment affirmed. Rule 30.25(b).